IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Dillard, John D

Printed: 5/6/08

Case Number: 08 B 02324
Judge: Wedoff, Eugene R
Filed: 2/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Greens of Olympia Fields Home | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 7. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 12. | Volvo Finance | Secured |  | No Claim Filed |
| 13. | Greens of Olympia Fields Home | Secured |  | No Claim Filed |
| 14. | Volvo Finance | Secured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dillard, John D

Printed:  5/6/08

Case Number:  08 B 02324
Judge:  Wedoff, Eugene R
Filed:  2/1/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

